FILED
March 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002504199

JOHN R. ROBERTS
Bankruptcy Trustee
P.O. Box 1506
Placerville, CA 95667-1506
(530) 626-6441

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:  CASE NO. **09-42082-C-07**

**RICHARD FINN**  DC NO. **JRR-2**
**ANGELA FINN**  DATE: **APRIL 27, 2010**
    Debtor(s).  TIME: **9:30 A.M.**
                                    COURTROOM: **35**

## TRUSTEE'S MOTION FOR TURNOVER OF ASSETS
### (Bankruptcy Code §542)

NOW COMES JOHN R. ROBERTS, duly appointed and acting Trustee in this matter and moves the Court for an Order directing the debtors to turnover assets in their possession or under their control, which have not been claimed as exempt and therefore belong to the bankruptcy estate. The trustee requests immediate turnover to the Trustee of the following assets:

1. Copies of the Debtors' 2009 TAX RETURNS; both federal and state, and TAX REFUND CHECKS.

   Estimated from previous year $3,767.00

2. Contingent interest in prepetition BONUS and turnover of the same.

In support of this motion the Trustee represents as follows:

1.     The total of the potential tax refund is not able to be exempted and is hence property of the Bankruptcy Estate. The Trustee would like to review the 2009 tax returns, determine what assets are due the estate and proceed with this case. Debtors have been advised by their Attorney to file an

1

extension for filing their taxes (See Exhibit "A" attached to the Exhibits), apparently to draw out the administering of their bankruptcy.

2. The Debtors have testified that they have, in the recent past received sizable bonuses; they may be entitled to a bonus in early 2010 for work performed before the filing of the bankruptcy. The Trustee considers this congent interrest in the prepetition bonus an asset of the bankrutpcy

WHEREFORE, the Trustee prays that the Court make its Order for Turnover of Assets mention herein.

DATED: March 23, 2010

/s/ JOHN R. ROBERTS, TRUSTEE
PO Box 1506
Placerville, CA 95667
530-626-6441
court@bankruptcy-info.com
State Bar No. 77919